# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| ALVIN LAVON MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV413-104 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Alvin Lavon Moore re-launched his paper war against this Court in *Moore v. United States*, CV411-313, doc. 32 (May 23, 2012 judgment dismissing his case); *id.,* docs. 33-48 (multiple, frivolous filings interspersed with orders denying them), doc. 44 (directing him to file no more motions); doc. 45, 46, 47 (his attempt to file a new proceeding), doc. 69 (later order denying another stream of frivolous motions), etc.[1]

---

1    He has a long history before this Court.  In addition to his last case, CV411-313, *see Moore v. United States*, CV407-023 doc. 3 (Order denying IFP due to affidavit inconsistencies, directing clarification); doc. 6 (case dismissed for failure to comply) (S.D. Ga. May 22, 2008); *Moore v. State of Georgia*, CV407-130, doc. 3, *reported at* 2007 WL 2986401 (S.D. Ga. Sep. 21, 2007) (advising dismissal as meritless), *adopted*, doc. 13 (S.D. Ga. Oct. 7, 2007); *Moore v. James*, 2006 WL 3196552 at * 1 (S.D. Ga. Nov. 1, 2006) (denying habeas relief).  He also is a convicted criminal. *United States v. Thomas*, CR493-63, doc. 68 (S.D. Ga. Dec. 22, 1993).

Having lost his appeal in that case, doc. 82, he turned around and filed another frivolous case. CV413-104, doc. 2.[3]  And, he again he asks the taxpayers to fund it.   Doc. 4 (*in forma pauperis* (IFP) motion); *see also* doc. 5 (motion to strike filing fee deficiency notice).

For jurisdictional purposes only, the Court **GRANTS** Moore's IFP petition (413CV104, doc. 4), but advises that this case, too, must be **DISMISSED**.   The district judge should also consider measures to protect this Court -- a valuable public resource -- from this blatant litigation menace.   Since Moore is not a prisoner, there is no 28 U.S.C. § 1915(g) remedy available here.   But a filing bond is available to block those who assault this Court with frivolous litigation.   *See, e.g., Holden v. Simpson Paper Co.*, 48 F. App'x 917, 2002 WL 31115137 at *3-5 (5th Cir. 2002) (courts may sanction litigants for repeatedly filing frivolous suits and demand that the payment be posted prior to instituting a new lawsuit); *Gelabert v. Lynaugh*, 894 F.2d 746, 747-48 (5th Cir. 1990) (imposition of a $10 "sanction" prior to filing a second suit was

---

2    As best the Court can tell, he seeks to sue the undersigned, a docketing clerk, the Administrative Office of the U.S. Courts, and others for "interfering" with his attempt to seek justice in CV411-313.

permissible even if the plaintiff is too poor to pay it; "[l]ike every other pastime, recreational litigation has its price"); *Williams v. Pearce*, 2013 WL 265985 at * 8 (W.D. Tex. Jan. 23, 2013) ($1000 sanction against serial habeas filer, with court clerk directed to mail back to him, unfiled, all future attempted filings); *Robbins v. Universal Music Group*, 2013 WL 1146865 at * 2 (S.D.Ga. Mar. 19, 2013), *adopted*, 2013 WL 1761406 (S.D. Ga. Apr. 24, 2013).[4]

Accordingly, this case should be **DISMISSED** and a $100 filing bond should be imposed, to be paid as a precondition to any further civil lawsuits before any federal district court. Moore's motion to strike the Clerk's deficiency notice (doc. 5) is **DENIED** as frivolous.

**SO ORDERED**, this 24TH day of June, 2013.

*[signature]*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

4   As in *Robbins*, the Court is confronted with an unemployed male living off the taxpayers (Food Stamps) and his own kin (his grandmother). *See* doc. 4 at 1. His financial status has remained unchanged since 2011. *Compare* CV411-313, doc. 26 at 2 ("Moore has renewed his IFP motion, attesting that he is jobless, has no assets, lives with his grandmother, and receives $200 food stamps plus '$10 to $20 monthly from [his] grandmother,' who lives on social security.") with CV413-104 doc. 4 (same indigency representations except no mention of social security).