FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

2013 JUL 12  AM 10: 42

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ALVIN LAVON MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV413-104 |
| | ) | |
| UNITED STATES OF AMERICA; | ) | |
| ADMINISTRATIVE OFFICE OF THE | ) | |
| UNITED STATES COURTS; THOMAS | ) | |
| F. HOGAN; G.R. SMITH; HERB | ) | |
| LOGAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 9). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case. Additionally, as recommended by the Magistrate Judge, a $100 filing bond shall be imposed, to be paid as a precondition of Plaintiff filing any further civil lawsuits in this Court.

SO ORDERED this _12th_ day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA