IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALVIN LAVON MOORE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-104
)
UNITED STATES OF AMERICA; )
ADMINISTRATIVE OFFICE OF THE )
UNITED STATES COURTS; THOMAS )
F. HOGAN; G.R. SMITH; HERB )
LOGAN, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 9). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case. Additionally, as recommended by the Magistrate Judge, a $100 filing bond shall be imposed, to be paid as a precondition of Plaintiff filing any further civil lawsuits in this Court.

SO ORDERED this *12th* day of July 2013.

                          WILLIAM T. MOORE, JR.
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF GEORGIA